UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23116-CIV-ALTONAGA/Goodman

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,
v.

**VERGEOUS LLC,**
**DREAM TEAM PARTNERS LLC,**
and **PAUL E. RENFROE**,

    Defendants.
_____/

# FINAL JUDGMENT AS TO DEFENDANT DREAM TEAM PARTNERS LLC

THIS CAUSE is before the Court on Plaintiff, Securities and Exchange Commission's Request for Entry of Final Judgments [ECF No. 3]. On August 16, 2017, Plaintiff filed a Complaint [ECF No. 1]; Defendant, Dream Team Partners LLC, entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment. Accordingly, the Request **[ECF No. 3]** is **GRANTED** as follows:

## I.

### SECTIONS 5(a) AND 5(c) OF THE SECURITIES ACT OF 1933

Defendant is permanently restrained and enjoined from violating Section 5 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. section 77e by, directly or indirectly, in the absence of any applicable exemption:

(a)   Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b)   Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c)   Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act, 15 U.S.C. section 77h.

It is further **ORDERED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

### SECTION 17(a)(2) OF THE SECURITIES ACT

Defendant is permanently restrained and enjoined from violating, directly or indirectly,

Section 17(a)(2) of the Securities Act, 15 U.S.C. section 77q(a)(2) in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails: to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by, directly or indirectly, disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about:

    (a)    any investment in or offering of securities,

    (b)    the registration status of such offering or of such securities,

    (c)    the prospects for success of any product or company,

    (d)    the use of investor funds; or

    (e)    the misappropriation of investor funds or investment proceeds.

It is further **ORDERED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

CASE NO. 17-23116-CIV-ALTONAGA/Goodman

It is **ORDERED AND ADJUDGED** that the Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment. The Clerk is to mark the case **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record